# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-3528
_____

John Doe

Plaintiff - Appellant

v.

St. John's University, Minnesota

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:17-cv-02413-PAM)
_____

**JUDGMENT**

The joint stipulation for dismissal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 09, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans