# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3528

John Doe

Appellant

v.

St. John's University, Minnesota

Appellee

___

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:17-cv-02413-PAM)

___

**MANDATE**

In accordance with the judgment of 01/09/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 09, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit